UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HUGO GIOVANNI MORAES,<br>JESSE JAMES MORAES<br><br>    Defendants | CRIMINAL No. 22-mj-4442-JCB |

<u>PARTIES' JOINT RESPONSE TO COURT'S ORDER OF OCTOBER 21, 2022</u>

    Pursuant to the Court's Order of October 21, 2022, the parties have conferred and agree to jointly recommend that the Court modify the operative condition of release for both defendants regarding the reopening of Taste of Brazil and The Dog House Bar & Grill (collectively, "the restaurants") as follows:

    The restaurants may reopen under the interim management of Jade Archdeacon (for The Dog House Bar & Grill) and Jose Ramirez (for Taste of Brazil).

    On or before Friday, November 18th, the businesses will engage the services of an

experienced and independent General Manager to oversee the operation of both restaurants.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By:  /s/ *James D. Herbert*
    James D. Herbert
    Kelly Begg Lawrence
    Samuel Feldman
    Assistant United States Attorneys
    (617) 748-3202

        HUGO GIOVANNI MORAES

By:  /s/ *Paul V. Kelly*
    Paul V. Kelly
    Jackson Lewis P.C.
    75 Park Plaza
    4th Floor
    Boston, MA 02116
    (617) 305-1263
    Attorney for Hugo Giovannni Moraes

        JESSE JAMES MORAES

By:  /s/ *Alyssa Hackett*
    Alyssa Hackett
    Assistant Federal Public Defender
    Federal Public Defender's Office
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    (617) 223-8061
    Attorney for Jesse James Moraes

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                   /s/ *James D. Herbert*
                                                   James D. Herbert
                                                   Assistant United States Attorney

Date: October 24, 2022